# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

Honorable William B. Shubb
United States District Judge
Sacramento, California

                           RE:    Juan FANT
                                       Docket Number:   2:99CR00090-01
                                       **REQUEST TO TESTIFY**
                                       **ON A SUBPOENA**

Your Honor:

The probation officer has been subpoenaed by the State of California Parole Board to appear as a witness and give testimony concerning the offender's progress under supervision, on June 14, 2006.

On January 16, 2006, the offender was involved in a physical altercation with an adult male. On February 21, 2006, the offender was arrested on a warrant and charged with Battery. On May 18, 2006, the offender appeared before the San Joaquin County Superior Court in Stockton, California, at which time the Court determined that the offender acted in self defense, and the charges were dismissed against him. However, the offender remains in custody as he is also on State Parole.

The offender's State Parole Agent indicated that although the offender was progressing satisfactorily on parole supervision, because he was arrested on new charges, he must attend a parole hearing before he can be released. The offender is currently being housed at the Rio Cosumnes Correctional Center in Elk Grove, California, where the parole hearing will take place.

The offender's parole agent indicated that she would like information about the offender's progress under supervision. This would include his employment status, his progress in drug counseling and testing, and his overall adjustment to supervision.

**RE:**   Juan FANT
         Docket Number:   2:99CR00090-01
         <u>REQUEST TO TESTIFY ON A SUBPOENA</u>

Before the probation officer can disclose the above information requested through testimony, it warrants the Court's approval. Therefore, it is requested that the Court authorize the probation officer to testify and disclose the information noted above.

Respectfully submitted,

/s/Rafael G. Loya
**RAFAEL G. LOYA**
**Senior United States Probation Officer**

Dated:   June 12, 2006
         Sacramento, California
         RGL/cp

**REVIEWED BY:**   /s/Deborah A. Spencer
                   **DEBORAH A. SPENCER**
                   **Supervising United States Probation Officer**

---

### ORDER OF THE COURT

The United States Probation Officer has the Court's approval to testify and disclose the information noted above.

**Granted: X** (Any information which is disclosed shall be disclosed to both sides.)

**Date: June 12, 2006**

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:   Carolyn Delaney
      Assistant United States Attorney

**RE:    Juan FANT**
      **Docket Number:   2:99CR00090-01**
      **REQUEST TO TESTIFY ON A SUBPOENA**


Victor S. Haltom (Appointed)
Defense Counsel