UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable William B. Shubb
United States District Judge
Sacramento, California

                          RE:    Juan FANT
                                   Docket Number:   2:99CR00090-01
                                   REQUEST TO RELEASE INFORMATION

Your Honor:

The probation officer is requesting permission to provide the offender's attorney and the Sacramento County Superior Court with information regarding the offender's progress under supervision. This will include the offender's employment status, his progress in drug counseling and testing, and his overall adjustment to supervision. A copy of the letter is attached for the Court's perusal. Therefore, it is requested that the Court authorize the probation officer to release and disclose the information noted above.

                                          Respectfully submitted,

                                          /s/ Rafael G. Loya
                                        **RAFAEL G. LOYA**
                                        **Senior United States Probation Officer**

Dated:      August 13, 2007
              Elk Grove, California
              RGL:cj


**REVIEWED BY:**    /s/ Deborah A. Spence**r**
                            **DEBORAH A. SPENCER**
                            **Supervising United States Probation Officer**

**RE:**   Juan FANT
       Docket Number:   2:99CR00090-01
       <u>REQUEST TO RELEASE INFORMATION</u>

AGREE:      X          DISAGREE:   _____

Date:  August 20, 2007

```
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
```

Attachment:  Letter to Sacramento County Superior Court

cc:    Carolyn Delaney, Assistant United States Attorney
       Victor S. Haltom, Defense Counsel (Appointed)