UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

JUAN FANT,

        Defendant.
_____/

NO. CR-99-0090 WBS

ORDER OF RECUSAL

----oo0oo----

     The undersigned hereby recuses himself as the judge to whom this case is assigned for all future proceedings.

     IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of criminal cases to compensate for such reassignment.

///

DATED: September 20, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

IT IS FURTHER ORDERED:

    1.  That the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment; and

    2.  That this case is reassigned to <u>Judge Lawrence K. Karlton</u>.  The new case number will now read:  CR-99-0090 LKK.

September 26, 2007

_____
GARLAND E. BURRELL, JR.
Chief United States District Judge

2