DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN FANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:99-cr-090 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | CASE |
| | ) | |
| JUAN FANT, | ) | Date:  August 12, 2008 |
| | ) | Time:  9:30 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant JUAN FANT, that the status conference scheduled for August 12, 2008, be vacated and the matter continued until September 23, 2008, for status conference.

The court is advised that both counsel met and conferred with the Probation Officer and the defendant after the status conference on August 5, 2008.  Based on that meeting all agreed to seek this continuance in order to further evaluation of Mr. Fant's compliance

with conditions of his supervised release and to permit resolution of the outstanding state proceedings alleged as charges 2 and 3 of the pending petition.

**IT IS SO STIPULATED.**

Date: August 8, 2008          /s/ Daniel McConkie
                              WILLIAM S. WONG
                              Assistant United States Attorney
                              Counsel for Plaintiff


Date: August 8, 2008          DANIEL J. BRODERICK
                              Federal Defender


                              /s/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Counsel for Defendant
                              JUAN FANT

**O R D E R**

**IT IS SO ORDERED.**

           By the Court,


Date: August 11, 2008

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

Stipulation and Order            -2-