DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUAN FANT


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:99-cr-090 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER VACATING |
| v. | ) | ORDER FOR SELF-SURRENDER AND |
| | ) | SETTING NEW SELF-SURRENDER DATE |
| JUAN FANT, | ) | |
| | ) | Judge:   Hon. Lawrence K. Karlton |
| Defendant. | ) |          (In Chambers) |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant JUAN FANT, that the order that Mr. Fant self-surrender at the designated institution not later than 2:00 p.m. on February 3, 2009, is hereby VACATED.  The defendant is now ordered to self-surrender to the designated institution not later than 2:00 p.m. on March 10, 2009.

   This extension of time is granted in order to permit further consultation between counsel and with the Bureau of Prisons concerning

certain unresolved factors bearing on the appropriate placement for Mr. Fant.

**IT IS SO STIPULATED.**

Date:   January 30, 2009              /s/ William S. Wong (per auth)
                                      WILLIAM S. WONG
                                      Assistant United States Attorney
                                      Counsel for Plaintiff


Date:   January 30, 2009              DANIEL J. BRODERICK
                                      Federal Defender


                                       /s/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
                                      Assistant Federal Defender
                                      Counsel for Defendant
                                      JUAN FANT

**O R D E R**

**IT IS SO ORDERED.**

              By the Court,


Date: February 2, 2009

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT

Stipulation and Order                 -2-