1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  JUAN FANT

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,      ) No. 2:99-cr-090 LKK
12                                )
              Plaintiff,          )
13                                ) STIPULATION AND ORDER VACATING
       v.                         ) ORDER FOR SELF-SURRENDER AND
14                                ) SETTING NEW SELF-SURRENDER DATE
   JUAN FANT,                     )
15                                ) Judge:   Hon. Lawrence K. Karlton
              Defendant.          )          (In Chambers)
16                                )
   _____)
17

18
   **IT IS HEREBY STIPULATED** by and between Assistant United States
19
   Attorney William S. Wong, counsel for Plaintiff, and Assistant Federal
20
   Defender Jeffrey Staniels, counsel for defendant JUAN FANT, that the
21
   order that Mr. Fant self-surrender at the designated institution not
22
   later than 2:00 p.m. on March 10, 2009, is hereby VACATED.  The
23
   defendant is now ordered to self-surrender to the designated
24
   institution not later than 2:00 p.m. on March 31, 2009.
25
        This extension of time is granted in order to permit further
26
   consultation between counsel and with the Bureau of Prisons concerning
27
   certain unresolved factors bearing on the appropriate placement for Mr.
28

Fant.  Since the court signed an earlier order counsel have conferred in order to present the necessary information to the Bureau of Prisons. Such information is customarily presented over the signature of a prosecuting attorney.  Mr. Wong's ability to complete conversations with counsel and submit the desired memorandum have been hampered by illness and pre-existing deadlines, including with the Court of Appeals.  It is expected that the memorandum will be transmitted to the Bureau of Prisons on March 6, 2009.

**IT IS SO STIPULATED.**

Date:  March 5, 2009   /s/ William S. Wong (per auth)
WILLIAM S. WONG
Assistant United States Attorney
Counsel for Plaintiff

Date:  March 5, 2009   DANIEL J. BRODERICK
Federal Defender

/s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Counsel for Defendant
JUAN FANT

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Date: March 9, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order                -2-