DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN FANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:99-cr-090 LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | ORDER FOR SELF-SURRENDER AND |
| ) | SETTING NEW SELF-SURRENDER DATE |
| JUAN FANT, ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | (In Chambers) |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant JUAN FANT, that the order that Mr. Fant self-surrender at the designated institution not later than 2:00 p.m. on March 31, 2009, is hereby VACATED. The defendant is now ordered to self-surrender to the designated institution not later than 2:00 p.m. on April 28, 2009.

This extension of time is granted in order to permit further investigation and review by the Bureau of Prisons in light of recently received but as yet incomplete information received by them from

government counsel concerning certain unresolved factors bearing on the appropriate placement for Mr. Fant.

Since the time this court signed an earlier order some necessary information has been provided to the Bureau of Prisons by the United States Attorney. Counsel for Mr. Fant learned today that the Bureau has requested additional information in order to complete its investigation and review.

**IT IS SO STIPULATED.**

Date: March 27, 2009  /s/ William S. Wong (per auth)
WILLIAM S. WONG
Assistant United States Attorney
Counsel for Plaintiff

Date: March 27, 2009  DANIEL J. BRODERICK
Federal Defender

 /s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Counsel for Defendant
JUAN FANT

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Date: March 31, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT