1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  JUAN FANT

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

   UNITED STATES OF AMERICA,      ) No. 2:99-cr-090 LKK
12                                 )
                 Plaintiff,        )
13                                 ) STIPULATION AND ORDER VACATING
        v.                         ) ORDER FOR SELF-SURRENDER AND
14                                 ) SETTING NEW SELF-SURRENDER DATE
   JUAN FANT,                      )
15                                 ) Judge:   Hon. Lawrence K. Karlton
                 Defendant.        )          (In Chambers)
16                                 )
   _____ )
17

   **IT IS HEREBY STIPULATED** by and between Assistant United States
18
   Attorney William S. Wong, counsel for Plaintiff, and Assistant Federal
19
   Defender Jeffrey Staniels, counsel for defendant JUAN FANT, that the
20
   order that Mr. Fant self-surrender at the designated institution not
21
   later than 2:00 p.m. on April 28, 2009, is hereby VACATED.  The
22
   defendant is now ordered to self-surrender to the designated
23
   institution not later than 2:00 p.m. on May 28, 2009.
24
        Since the time this court signed an earlier extension order the
25
   Bureau of Prisons has not responded to additional information provided
26
   to them and has not changed its designation. This extension of time is
27
   requested in order to permit counsel for the parties to confer with the
28

Bureau of Prisons designation desk in effort to understand why they insist on designating the only prison complex outside California where a person from whom Mr. Fant should be separated is housed, and perhaps persuade them to change the designation. The length of this extension is also sought in order to permit Mr. Fant to buy a reduced fare advanced ticket to his destination.

**IT IS SO STIPULATED.**

Date: April 27, 2009
/s/ William S. Wong (per auth)
WILLIAM S. WONG
Assistant United States Attorney
Counsel for Plaintiff

Date: April 27, 2009
DANIEL J. BRODERICK
Federal Defender

/s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Counsel for Defendant
JUAN FANT

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Date: April 27, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT