```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JUAN FANT
 6

 7              IN THE UNITED STATES DISTRICT COURT

 8              FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    ) No. 2:99-cr-090 LKK
                                 )
11             Plaintiff,        )
                                 ) STIPULATION AND ORDER VACATING
12       v.                      ) ORDER FOR SELF-SURRENDER AND
                                 ) SETTING NEW SELF-SURRENDER DATE
13  JUAN FANT,                   )
                                 ) Judge:   Hon. Lawrence K. Karlton
14             Defendant.        )          (In Chambers)
                                 )
15  _____ )
```

16 **IT IS HEREBY STIPULATED** by and between Assistant United States
17 Attorney William S. Wong, counsel for Plaintiff, and Assistant Federal
18 Defender Jeffrey Staniels, counsel for defendant JUAN FANT, that the
19 order that Mr. Fant self-surrender at the designated institution not
20 later than 2:00 p.m. on May 28, 2009, is hereby VACATED. For the
21 reasons set forth below, the court is requested that the defendant be
22 ordered to self-surrender to the designated institution not later than
23 2:00 p.m. on **August 18, 2009.**

24     Since the time this court signed an earlier extension order the
25 Bureau of Prisons has neither responded to additional information
26 provided to them despite a number of contacts by both counsel and by
27 the local U.S. Marshal's office, nor has it changed its designation.
28 The current designation requires Mr. Fant to surrender to the only

location outside California where a person from whom he should be separated for safety reasons is located.[1] This request for a further extension has been delayed to the "last minute" in hope that the Bureau would respond to the U.S. Marshal

This extension of time is requested in order to eliminate the potential danger to Mr. Fant that the Bureau of Prisons has failed to deal with by setting a surrender date that post-dates the scheduled release of that other person. The individual now at Beaumont has a scheduled release date of August 2, 2009.

**IT IS SO STIPULATED.**

Date: May 28, 2009          /s/ William S. Wong (per auth)
WILLIAM S. WONG
Assistant United States Attorney
Counsel for Plaintiff

Date: May 28, 2009          DANIEL J. BRODERICK
Federal Defender

                                       /s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Counsel for Defendant
JUAN FANT

//
//

---

[1] The designated Correctional Complex contains multiple facilities. Mr. Fant is designated to a different facility, but it is well known that inmates communicate surreptitiously between facilities. The danger exists, therefore, that Mr. Fant's presence and the hostility between these individuals would become known, and that Mr. Fant might therefore be endangered.

Stipulation and Order          -2-

**O R D E R**

For the reasons set forth in the accompanying stipulation, the request to vacate the current surrender date and set a new surrender date of August 18, 2009, is hereby **GRANTED.**

**IT IS SO ORDERED.**

By the Court,

Date: May 28, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT